# United States District Court
## *Southern District of Georgia*

United States of America

_____
Plaintiff

v.  D&A Distribution, LLC, et al.

_____
Defendant

Case No. __4:25-cv-00211-RSB-CLR__

Appearing on behalf of  Defendants
__D&A Distribution, LLC & Robert S. Ali__
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __6th__ day of __October__, __2025__.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Joseph A. Smith |
| Business Address: | Thompson Hine LLP |
| | Firm/Business Name |
| | 1919 M St., NW, Ste. 700 |
| | Street Address |
| | Washington    DC    20036 |
| | Street Address (con't)   City   State   Zip |
| | Same as above |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (202) 263.4145     N/A |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | joe.smith@thompsonhine.com |