**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV425-211 |
| D&A DISTRIBUTION, LLC d/b/a STRICTLY E-CIG, and ROBERT S. ALI, | ) ) ) ) | |
| Defendants. | ) ) | |

## <u>ORDER</u>

Defendants D&A Distribution, LLC d/b/a Strictly E-Cig and Robert

S. Ali filed their Amended Answer on April 1, 2026.  Doc. 28.  Plaintiff

the United States of America has filed a Motion to Strike Defendants'

Second and Third Affirmative Defenses under Federal Rule of Civil

Procedure 12(f) or, in the alternative, for Partial Judgment on the

Pleadings under Rule 12(c).  Doc. 29.  That Motion is pending before the

District Judge.  *Id.*  The United States has requested a stay of discovery

pending resolution of their Motion.  Doc. 34.  Defendants oppose the stay.

Doc. 35.  For the following reasons, the Motion to Stay is **DENIED**.  Doc.

34.

When "deciding whether to stay discovery pending resolution of a pending motion, the Court inevitably must balance the harm produced by a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery." *SP Frederica, LLC v. Glynn Cnty.*, 2015 WL 5242830, at *2 (S.D. Ga. Sept. 8, 2015) (internal quotation marks omitted) (quoting *Feldman v. Flood*, 176 F.R.D. 651, 652 (M.D. Fla. 1997)). In evaluating stays of discovery pending resolution of dispositive motions, "a court must take a 'preliminary peek' . . . to assess the likelihood that the motion will be granted." *Taylor v. Jackson*, 2017 WL 71654, at *1 n. 2 (S.D. Ga. Jan. 6, 2017) (quoting *Sams v. GA West Gate, LLC*, 2016 WL 3339764, at *6 (S.D. Ga. June 10, 2016)). "[A] stay should be granted only where the motion to dismiss appears, upon preliminary review, to be clearly meritorious and truly case dispositive." *Sams*, 2016 WL 3339764 at *6. "[A] request to stay discovery pending a resolution of a motion is rarely appropriate unless resolution of the motion will dispose of the entire case." *CSX Transp., Inc. v. United States*, 2014 WL 11429178, at *1 (S.D. Ga. May 30, 2014) (citing *Feldman*, 176 F.R.D. at 652).

As Defendants correctly observe, *see* doc. 35 at 6, no matter how Plaintiff's Motion to Strike is resolved it will not dispose of this entire case. Even if the motion is granted, this case will continue, and discovery will proceed. *See generally* doc. 29. Therefore, Plaintiff has not demonstrated good cause for a discovery stay, *see CSX Transp., Inc.*, 2014 WL 11429178, at *1, and its Motion to Stay is **DENIED**. Doc. 34. The parties are **DIRECTED** to confer pursuant to Federal Rule of Civil Procedure 26(f) within 14 days of the date of this Order and submit a Rule 26(f) Report conforming to the form required in Judge Baker's cases, *see* doc. 2 at 1-2, within 14 days of the Rule 26(f) Conference.

**SO ORDERED**, this 12th day of June, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3