**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

D&A DISTRIBUTION, LLC d/b/a STRICTLY E-CIG, a corporation; and ROBERT S. ALI, an individual,

Defendants.

CIVIL ACTION NO.: 4:25-cv-211

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal Without Prejudice, signed by counsel for Plaintiff and counsel for Defendants, stipulating to the dismissal of this case without prejudice, with each party to bear its own attorney's fees and costs. (Doc. 44.) The parties note that, in stipulating to the dismissal of the case, "Defendants deny liability for Plaintiff's claims in this lawsuit" and "[e]ach party shall bear its own costs, expenses, and attorney fees and knowingly and intentionally waives any claim to recover such costs, expenses, or fees." (Id. at p. 1.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED without prejudice**. The Clerk

of Court is hereby authorized and directed to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 28th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA